

RECEIVED
FEB -1 2017
PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

*ALEY E. HERRERA*

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

*AKAM MGMT. INC.*

*LOCAL (32)BJ. UNION*

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

CV 17 575

Jury Trial:    ☑ Yes    ☐ No
             *(check one)*

KUNTZ, J.

REYES, M.J.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ALEX E. HERRERA |
| Street Address | 41-06 69TH ST. 3RD FLOOR |
| City and County | WOODSIDE |
| State and Zip Code | NEW YORK, 11377 |
| Telephone Number | (929) 284-0943 |
| E-mail Address | MACOLDETTE@YAHOO.COM |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

| Defendant No. 1 | AKAM MANAGEMENT ASSO. /NC. |
|---|---|
| Name | MARY JANE SCHECTER |
| Job or Title (if known) | ON-SITE-MGMT- EXE. |
| Street Address | 115 CPW |
| City and County | NEW YORK |
| State and Zip Code | NEW YORK 10023 |
| Telephone Number | (212) 873-6800 |
| E-mail Address (if known) | |

| Defendant No. 2 | LOCAL 32BJ SE/U |
|---|---|
| Name | JOHN GRIER |
| Job or Title (if known) | UNION HEAD DELEGATE |
| Street Address | 25TH WEST 18TH ST. |
| City and County | NY, NY 10011-4676 |

2

State and Zip Code  *NEW YORK, 10010*

Telephone Number  *(212) 388-3800*

E-mail Address
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name  *THE MAJESTIC*

Street Address  *115 CENTRAL PARK WEST*

City and County  *NEW YORK*

State and Zip Code  *NEW YORK*

Telephone Number  *(212) 873-6800*

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

_____

☐   Relevant state law *(specify, if known)*:

_____

☐   Relevant city or county law *(specify, if known)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☑   Termination of my employment.

☐   Failure to promote me.

☑   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☑   Retaliation.

☑   Other acts *(specify)*:   _HARRASSMONT, RACIST._

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

_NOV. 20X3 TO PRESENT_

C.  I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☑ color_____

☑ gender/sex _____

☑ religion _____

☑ national origin _____

☐ age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*
BACK PROBLEM SINCE STARTED WORKING MAR. 2002

E.  The facts of my case are as follows.  Attach additional pages if needed.

(SEE ATTACHED?)
2011 - 2013 → ALL THEY TERMINATE ARE FILIPINOS. A. MACASAET, LOU RAS, RANDY TACACTAC
2016 = ALEX HERRERA.
WE FILED DISCRIMINATION CASE ON 2013 AT THE UNION (SEE ATTACHED PAPER).
2014 TO 2016. ALEX HERRERA FILED HARASSMENT CASE AGAINST MANAGEMENT BUT THE UNION, UNION DON'T DO ANYTHING TO AT LEAST HELP ME THEY ASIDE FROM ALL THE THINGS. THEY DONE TO ME. I MEAN EVERYTHING.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_MARCH 2, 2016_

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_NOV. 21, 2016_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_I GOT MORE SICK, BACK PAINS, ANXIETY LOST WEIGHT, LACK OF SLEEP. FINANCIAL PROBLEMS, AFTER MY DISABILITY PERIOD THEY CHANGE MY POSITION FROM ELEV. OPERATOR TO PORTER JOB, WHICH IS THE TYPE OF JOB THAT DO A LOT OF LIFTING. (SEE ATTACHED PAPERS)_

6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: FEB __, 2017

Signature of Plaintiff _Alex E. Herrera_

Printed Name of Plaintiff _ALEX E. HERRERA_

7

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Alex Herrera**
**41-06 69th Street**
**3rd Floor**
**Woodside, NY 11377**

From:   **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

☐   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **846-2016-16030** | **Thomas Perez,** **Investigator** | **(212) 336-3778** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Kevin J. Berry*                                              11-21-16

**Kevin J. Berry,**
**District Director**

(Date Mailed)

Enclosures(s)

cc:   **Attn**
**Director of Human Resources**
**AKAM ASSOCIATES INC**
**260 Madison Avenue**
**12th Floor**
**New York, NY 10016**